AO 120 (Rev. 08/10)

| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P. O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Eastern District of Louisiana___ on the following

[x] Trademarks or  [ ] Patents.  ( [ ] the patent action involves 35 U.S.C § 292.):

| DOCKET NO.<br>19-13062] | DATE FILED<br>10/8/2019] | U.S. DISTRICT COURT<br>Eastern District of Louisiana, 500 POYDRAS St., Rm C-151, New Orleans, LA 70130 |
|---|---|---|
| PLAINTIFF<br>MORRIS BART AND MORRIS BART, LLC | | DEFENDANT<br>CORY WATSON, P.C. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2,400,003 | 10/31/2000 | Morris Bart, LLC |
| 2 | | | |
| 3 | | | . |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | [ ] Amendment  [ ] Answer  [ ] Cross Bill  [ ] Other Pleading |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | . |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgment issued:

DECISION/JUDGMENT

| CLERK<br>WILLIAM W. BLEVINS | (BY) DEPUTY CLERK<br>*Courtney Weilemn* (signature) | DATE<br>October 9, 2019 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director   **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director   **Copy 4**—Case file copy