# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MORRIS BART** | * | **CIVIL ACTION NO. 2:19-cv-13062** |
| and | * | **DEMAND FOR JURY TRIAL** |
| **MORRIS BART, LLC** | * | |
| | * | **SECTION** |
| **VERSUS** | * | |
| **CORY WATSON, P.C.** | * | **JUDGE: WENDY B. VITTER** |
| | * | **MAGISTRATE: KAREN WELLS ROBY** |

*************************************************************************

## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come Plaintiffs, **MORRIS BART** and **MORRIS BART, LLC**, who move for dismissal of this civil action without prejudice and with each party to bear its own costs.

Respectfully submitted,

**HUBER THOMAS & MARCELLE, LLP**

*s/Stephen M. Huber*

STEPHEN M. HUBER, Bar No. 24463
ASHLEY L.F. BARRIERE, Bar No. 38129
**HUBER THOMAS & MARCELLE, LLP**
1100 Poydras Street, Suite 2200
New Orleans, LA 70163
Telephone: (504) 274-2500
Facsimile: (504) 910-0838