## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MORRIS BART** | * | **CIVIL ACTION NO. 2:19-cv-13062** |
| **and** | * | **DEMAND FOR JURY TRIAL** |
| **MORRIS BART, LLC** | * | |
| | * | **SECTION** |
| **VERSUS** | * | |
| **CORY WATSON, P.C.** | * | **JUDGE: WENDY B. VITTER** |
| | * | **MAGISTRATE: KAREN WELLS ROBY** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing *Motion to Dismiss,* filed by the plaintiffs,

**IT IS HEREBY ORDERED** that the motion is **GRANTED,** and that all claims asserted against **CORY WATSON, P.C.** in the above captioned matter be and hereby are **DISMISSED** without prejudice**,** each party to bear its own costs.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
JUDGE WENDY B. VITTER