AO 120 (Rev. 08/10)

| TO: | |
|---|---|
| Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P. O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK** |

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Eastern District of Louisiana___ on the following

X ☐ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C § 292.):

| DOCKET NO.<br>19-13062] | DATE FILED<br>10/8/2019] | U.S. DISTRICT COURT<br>Eastern District of Louisiana, 500 Poydras St., Rm C-151, New Orleans, LA 70130 |
|---|---|---|
| **PLAINTIFF**<br>MORRIS BART AND MORRIS BART, LLC | | **DEFENDANT**<br>CORY WATSON, P.C. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2,400,003 | 10/31/2000 | Morris Bart, LLC |
| 2 | | | |
| 3 | | | . |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | . |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgment issued:

**DECISION/JUDGMENT**

12/2/19-ORDERED that the motion to dismiss is granted. FURTHER ORDERED that the action is dismissed without prejudice.

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| WILLIAM W. BLEVINS | *[signature]* | December 2, 2019 |

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**